UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-cv-23184-DPG

CHARLOTTE CRAFT,

        Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS,
An agency of the State of Florida, the SOUTH FLORIDA
RECEPTION CENTER, an entity of the State of Florida,
DONNELL EPPS, (Individually, and in his official
Capacity as a Correctional Officer for the FDC), and
AKILAH DESHAZIOR, (Individually, and in her official
Capacity as a Lieutenant for the FDC).

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CHARLOTTE CRAFT and Defendants, FLORIDA DEPARTMENT OF CORRECTIONS, an agency of the State of Florida, and the SOUTH FLORIDA RECEPTION CENTER, an entity of the State of Florida, (hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice with each party to bear their own attorney's fees, expenses and costs.

Respectfully submitted,

| WHITELOCK & ASSOCIATES, P.A. | REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC |
|---|---|
| 300 Southeast Thirteenth Street | 2745 Ponce De Leon Blvd. |
| Ft. Lauderdale, Florida 33316 | Coral Gables, Florida 33134 |
| Telephone: (954) 463-2001 | Telephone: (305) 416-5000 |
| Email: cjw@whitelocklegal.com | Email: pmh@rgpattorneys.com |
| Email: mac@whitelocklegal.com | *Counsel for Plaintiff* |
| *Counsel for Defendants* | |
| *s/ Christopher J. Whitelock* | *s/ Peter M. Hoogerwoerd* |
| CHRISTOPHER J. WHITELOCK | PETER M. HOOGERWOERD |
| Florida Bar No.: 0067539 | Florida Bar No.: 0188239 |
| MEREDITH A. CHAIKEN | |
| Florida Bar No.: 87927 | |
| DATED: January 13, 2023 | DATED: January 13, 2023 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Remer, Georges-Pierre & Hoogerwoerd, PLLC
2745 Ponce De Leon Blvd.
Coral Gables, FL 33134
Email: pmh@rgpattorneys.com

Caroline H. Miller, Esq.
Derek Smith Law Group, PLLC
701 Brickell Avenue 1310
Miami, FL 33131
Email: caroline@dereksmithlaw.com

Brett D. Kaplan, Esq.
Kaplan Employment Law, P.A.
2101 Ludlam Road, #704
Miami, FL 33155
e-mail: brett@bkaplaw.com